## UNITED STATES DITRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK, | ) ) ) ) ) ) | Case No. 15-CV-8542 |
| Plaintiff, | ) | |
| v. | ) ) | |
| BOS-1952, LLC, 1952 CHICAGO, LLC, JESSE BOYLE, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:  Michael Jeffrey Gunderson      Thomas R. Fawkes
     Gunderson & Tharp, LLC         Goldstein & McClintock LLLP
     308 W Erie                     208 South LaSalle Street
     Suite 705                      Suite 1750
     Chicago, IL 60622              Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 6th day of April, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jorge L. Alonso in Courtroom 1700, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present and request hearing *instanter* on PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT, a copy of which accompanies this notice.

Paul J. Richards                    Respectfully submitted,
KAVANAGH GRUMLEY & GORBOLD LLC
111 N. Ottawa Street                WM CAPITAL MANAGEMENT, INC., AS
Joliet, IL 60432                    SUCCESSOR IN INTEREST TO THE
(815) 727-4511                      FEDERAL DEPOSIT INSURANCE
Attorney No. 06230122               CORPORATION AS RECEIVER FOR
                                    EDGEBROOK BANK

                                    By: /s/ Paul J. Richards
                                          One of Its Attorneys

1

CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2016, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                KAVANAGH GRUMLEY & GORBOLD LLC

                By: /s/ Paul J. Richards
                Attorneys for Plaintiff, WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR-IN-INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF EDGEBROOK BANK

                Paul J. Richards ARDC #06230122
                Kavanagh Grumley & Gorbold LLC
                111 North Ottawa Street
                Joliet, Illinois  60432
                (815) 727-4511