UNITED STATES DITRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BOS-1952, LLC, 1952 CHICAGO, LLC, JESSE BOYLE, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>　　　　Defendants. | Case No. 15-CV-8542 |

## JUDGMENT ORDER

This matter coming to be heard on the Motion by Plaintiff, WM Capital Management, Inc. as Successor In Interest to the Federal Deposit Insurance Corporation as Receiver for Edgebrook Bank, for entry of default and Judgment (the "Plaintiff's Motion") against Defendant, JESSE BOYLE, the Court being advised in the premises, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is hereby GRANTED; and

2. Judgment is hereby entered in favor of Plaintiff, WM Capital Management, Inc. as Successor In Interest to the Federal Deposit Insurance Corporation as Receiver for Edgebrook Bank, and against Defendant, JESSE BOYLE, on Counts III, V and VIII of Plaintiff's Amended Verified Complaint in the amount of $579,252.75; and

3. There is no just cause to delay the enforcement of this Judgment.

ENTERED:

4/7/16

　　　　　　　　　　　　　　　　　　　　　　　　　　
Jorge L. Alonso
United States District Judge