KAVANAGH GRUMLEY GORBOLD LLC
15CV8542

ADORDERNUMBER: 0000952999-02
PO NUMBER: 15CV8542
AMOUNT: 650.00
NO OF AFFIDAVITS: 1

# Chicago Sun-Times
# Certificate of Publication

State of Illinois - County of    Cook

Chicago Sun-Times, does hereby certify it has published the attached advertisments in the following secular newspapers. All newspapers meet Illinois Compiled Statue requirements for publication of Notices per Chapter 715 ILCS 5/0.01 et seq. R.S. 1874, P728 Sec 1, EFF. July 1, 1874. Amended by Laws 1959, P1494, EFF. July 17, 1959. Formerly Ill. Rev. Stat. 1991, CH100, PI.

Note: Notice appeared in the following checked positions.

**PUBLICATION DATE(S):** 10/27/2015, 11/03/2015, 11/10/2015, 11/17/2015

Chicago Sun-Times

IN WITNESS WHEREOF, the undersigned, being duly authorized, has caused this Certificate to be signed

by    *[signature]*

Jeremy Gates
Account Manager - Public Legal Notices

This 17th Day of November 2015 A.D.

KAVANAGH GRUMLEY GORBOLD LLC
111 N OTTAWA ST
JOLIET, IL 60432

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK,
Plaintiff,

v.

BOS-1952, LLC, 1952 CHICAGO, LLC, JESSE BOYLE, BELMONT BANK & TRUST COMPANY; BANCO POPULAR N. A., AMERICAN FIDELITY MORTGAGE SERVICES, INC., UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,
Defendants.

Case No. 15-CV-8542

NOTICE OF FORECLOSURE BY PUBLICATION

The required Affidavit for Publication has been filed and notice is given you, unknown owners, unknown occupants, unknown tenants, and non-record claimants, Defendants in the above-entitled mortgage foreclosure action that was filed on September 28, 2015, and is now pending. The action has been commenced in the United States District Court, Northern District of Illinois, by WM Capital Management, Inc. The legal description for the real estate sufficient to identify it with reasonable certainty is as follows:

LOT 3 IN H.A. CRAM'S SUBDIVISION OF LOTS 5 AND 6 IN SUPERIOR COURT PARTITION OF BLOCK 7 OF COCHRAN AND OTHERS SUBDIVISION OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as: 1952 W. Chicago Avenue, Chicago, Illinois 60707.

PIN: 17-06-433-035-0000

The original mortgage is filed in the Office of the Recorder of Deeds, Cook County, Illinois, as document no. 1210856049. The mortgage is dated April 11, 2012, and was filed and recorded on April 17, 2012.

Notice is hereby given you that the Complaint prays for other relief including a judgment of foreclosure extinguishing any interest of yours in the property and that summons was duly issued out of said Court against you as provided by law.

Now, therefore, unless you, unknown owners, unknown occupants, unknown tenants, and non-record claimants, file your Answer to the Complaint in this cause or otherwise make your appearance therein in the United States District Court, Northern District of Illinois, held in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on or before December 31, 2015, default may be entered against you and each of you at any time after that day and a judgment of foreclosure may be entered in accordance with the prayer of the Complaint.

Thomas G. Bruton, Clerk of the U.S. District Court

WM Capital Management, Inc., Plaintiff
KAVANAGH GRUMLEY & GORBOLD LLC
By: Paul J. Richards
One of the Attorneys for Plaintiff
Paul J. Richards ARDC #06230122
Kavanagh Grumley & Gorbold LLC
111 North Ottawa Street
Joliet, Illinois 60432
(815) 727-4511
10/27,11/3,10, 17/15 #952999