UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK,<br><br>    Plaintiff,<br>v.<br><br>BOS-1952, LLC, 1952 CHICAGO, LLC, JESSE BOYLE, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 15-CV-8542<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 22nd day of April, 2019, we have filed with the U.S. District Court of the Northern District of Illinois the following document: Chicago Sun-Times Certificate of Publication and a true and correct copy thereof is served upon you herewith.

WM CAPITAL MANAGEMENT, INC., AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR EDGEBROOK BANK

By:      /s/ Emma J. Vosicky
              One of Its Attorneys

PAUL J. RICHARDS, ARDC #06230122
EMMA J. VOSICKY, ARDC #03124250
Kavanagh Grumley & Gorbold LLC
111 North Ottawa Street
Joliet, Illinois 60432
(815) 727-4511
prichards@kggllc.com
evosicky@kggllc.com

568590                                                          1

## CERTIFICATE OF SERVICE

  I hereby certify that on April 22, 2019, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            KAVANAGH GRUMLEY & GORBOLD LLC


            By: /s/ Emma J. Vosicky
            Attorneys for Plaintiff, WM CAPITAL
            MANAGEMENT, INC. AS SUCCESSOR-IN-
            INTEREST TO THE FEDERAL DEPOSIT
            INSURANCE CORPORATION, AS RECEIVER
            OF EDGEBROOK BANK

            Emma J. Vosicky ARDC #034124250
            Kavanagh Grumley & Gorbold LLC
            111 North Ottawa Street
            Joliet, Illinois 60432
            (815) 727-4511