# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK,<br><br>Plaintiff,<br>v.<br><br>BOS-1952, LLC, 1952 CHICAGO, LLC, JESSE BOYLE, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>Defendants. | Case No. 15-CV-8542 |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 23rd day of April, 2019, we have filed with the U.S. District Court of the Northern District of Illinois the following document: Plaintiff's Motion for Summary Judgment as to Count I and a true and correct copy thereof is served upon you herewith.

                                            WM CAPITAL MANAGEMENT, INC., AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR EDGEBROOK BANK

                                            By:_____/s/ Emma J. Vosicky_____
                                                    One of Its Attorneys

PAUL J. RICHARDS, ARDC #06230122
EMMA J. VOSICKY, ARDC #03124250
Kavanagh Grumley & Gorbold LLC
111 North Ottawa Street
Joliet, Illinois 60432
(815) 727-4511
prichards@kgcllc.com
evosicky@kgcllc.com

568932                                      1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2019, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                          KAVANAGH GRUMLEY & GORBOLD LLC

                          By: /s/ Emma J. Vosicky
                          Attorneys for Plaintiff, WM CAPITAL MANAGEMENT, INC. AS SUCCESSOR-IN-INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF EDGEBROOK BANK

                          Emma J. Vosicky ARDC #034124250
                          Kavanagh Grumley & Gorbold LLC
                          111 North Ottawa Street
                          Joliet, Illinois 60432
                          (815) 727-4511